United States District Court
District of Massachusetts

| | |
|---|---|
| THIRD SECTOR NEW ENGLAND, INC., DR. GEORGE SIBER, AND DR. JEANNE LESZCZYNSKI, <br>     Plaintiffs, <br><br> v. <br><br> MEDIMMUNE, LLC, <br>     Defendant. | Civil Action No. 12-10476-NMG |

## ORDER

GORTON, J.

This is one of many actions brought to resolve the rights and obligations of the Massachusetts Biologic Laboratories of the University of Massachusetts ("MassBiologics"), Third Sector New England, Inc. ("Third Sector") and MedImmune, LLC ("MedImmune") under a vaccine licensing agreement between the parties. On July 2, 2012, this Court denied MedImmune's motion to stay a related case in this District pending the resolution of parallel litigation in Maryland state court. See Mass. Biologic Labs. of the Univ. of Mass. v. MedImmune, LLC, No. 12-cv-10006, 2012 WL 2552317, at *1-9 (D. Mass. Jul. 2, 2012).

For precisely the same reasons set forth in that Memorandum and Order, defendant's motion to stay this action (Docket No. 4) is hereby **DENIED**. Defendant's motion to dismiss (Docket No. 8)

-1-

remains under advisement.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated August 17, 2012